**Hyman Epstein, appellant, v. Continental-Illinois Bank and Trust Company, appellee. Gen. No. 36,971.**

Opinion filed June 20, 1934.

Fischel, Kahn, Heart & Epstein, for appellant. White & Hawxhurst, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

**Lu-Mi-Nus Signs Inc., appellant, v. J. J. Annes, appellee. Gen. No. 36,988.**

Opinion filed June 20, 1934.

Maurice J. Green and Philip Appel, for appellant; Philip Appel, of counsel. Charles J. Monahan, for appellee; Geo. F. Ort, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

**In re Estate of Alva C. Austin, deceased. Lester Kulp, appellant, v. Hazel Austin, executrix, appellee. Gen. No. 36,943.**

Opinion filed June 20, 1934.

Isaac B. Lipson, for appellant. Francis M. Lowes and Hector A. Brouillet, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

**Hattie L. Giles, appellee, v. Mutual Benefit Health and Accident Association, appellant. Gen. No. 36,967.**

Opinion filed June 20, 1934.

Ekern & Meyers, for appellant; Russell H. Matthias and Luther F. Binkley, of counsel. Wendell E. Green, for appellee.

Mr. Justice Hebel delivered the opinion of the court.